UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOMAS CRUZ, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 11-11931-LTS |
| VIP, INC., et al., | ) ) ) |
| Defendants. | ) ) |

ORDER

July 9, 2012

SOROKIN, C.M.J.

On May 24, 2012, Defendant Jimmy Deese filed a Motion to Dismiss due to insufficient process and insufficient service of process. (Docket #13). Pursuant to Local Rule 7.1(b)(2), the opposition to this motion was due on June 7, 2012. No response was filed by this date. On June 13, 2012, the Court entered an Order to Show Cause, requiring the Plaintiff to show cause by June 28, 2012, why the action should not be dismissed against Defendant Deese. Plaintiff failed to respond to this order. Therefore, Defendant Deese's Motion to Dismiss is hereby ALLOWED.

/s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE